

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

Scott E. Steele,

                Plaintiff(s),

                              Case No. 2:06-cv-02098-GEB EFB

v.

Ducks Unlimited, Inc.      Defendant(s).

      I, __Paul E. Prather,_____

attorney for__Ducks Unlimited,_____

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

      My business address is:

| | |
|---|---|
| Firm Name: | Kiesewetter Wise Kaplan Prather, PLC |
| Address: | 3725 Champion Hills Drive |
| | Suite 3000 |
| City: | Memphis |
| State: | Tennessee    ZIP Code: 38125 |
| Voice Phone: | (901) 795-6695 |
| FAX Phone: | (901) 795-1646 |
| Internet E-mail: | PPrather@kiesewetterwise.com |
| Additional E-mail: | |
| I reside in City: | Memphis    State: Tennessee |

      I was admitted to practice in the _____(please see attached list)_____

(court) on _____(date). I am presently in good standing

and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ✓☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:    Daniel J. Coyle

Firm Name:  Downey Brand LLP

Address:   555 Capitol Mall

           10th Floor

City:    Sacramento

State:   California          ZIP Code: 95814

Voice Phone:  (916) 444-1000

FAX Phone:   (916) 444-2100

E-mail:

Dated: November 15, 2006    Petitioner: */s/ Paul E. Prather*

**ORDER**

IT IS SO ORDERED.

Dated: November 15, 2006

_____
JUDGE, U.S. DISTRICT COURT

**PAUL E. PRATHER**
**Bar Admittance Dates**
**(Tennessee Bar No. 10089)**

U.S. Supreme Court - 5/15/89
U.S. Court of Appeals, Sixth Circuit - 6/15/87
U.S. Court of Appeals, Eighth Circuit - 8/16/99
U.S. Court of Appeals, Fifth Circuit - 8/15/86
U.S. District Court, Western District Tennessee - 11/14/83
U.S. District Court, Eastern District Tennessee - 4/29/99
U.S. District Court, Middle District Tennessee - 8/25/89
U.S. District Court, Northern District Mississippi - Re-registered 3/2/98
U.S. District Court, Southern District Mississippi - 11/8/94
U.S. District Court, both Eastern and Western Districts Arkansas - 3/26/91
U.S. District Court, District of Arizona - 9/25/91
U.S. District Court, Northern District Indiana - 11/8/99
Tennessee Supreme Court - 11/8/83