1  Randal M. Barnum
   State Bar No. 111287
2  LAW OFFICES OF RANDAL M. BARNUM
   279 East H Street
3  Benicia, CA 94510
   Phone: (707) 745-3747
4  Fax No.: (707)745-4580

5  Attorney for Plaintiff
   SCOTT E. STEELE

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT E. STEELE,                    NO.  2:06-CV-02098-GEB-EFB

12          Plaintiff,                 STIPULATION TO ORDER TO
                                       (PROPOSED) ORDER TO CONTINUE
13 vs.                                 DATES FOR DISCLOSURE OF
                                       INITIAL EXPERT WITNESS
14                                     DISCLOSURES AND REBUTTAL
   DUCKS UNLIMITED, INC.               EXPERT DISCLOSURE
15
            Defendants.                Dept. 10 (Hon. Garland E. Burrell, Jr.)
16 _____/

17       The parties hereto, through their respective attorneys of record herein, stipulate and

18 agree that the initial expert witness disclosures in this case, currently due by May 21, 2007,

19 be continued to July 27, 2007 and rebuttal expert disclosures currently due by June 21, 2007

20 be continued to August 27, 2007.

21       Good cause exists for this stipulation and continuance of these dates as requested by

22 Plaintiff's attorney because Plaintiff's attorney is in the process of withdrawing as counsel

23 of record and has filed a motion to withdraw which is scheduled for hearing before this court

24 on June 25, 2007.  The continuance of these dates will allow additional time for Plaintiff's

25 new counsel or Plaintiff in pro per to retain and designate the appropriate experts, if any.

26 These disclosures would occur well in advance of the trial date scheduled for May 20, 2008.

27 //

28 //

1 | So agreed.

2 | Dated: April 17, 2007          Law Offices of RANDAL M. BARNUM

3

4 | By: ___/s/_____
  | RANDAL M. BARNUM, Attorneys for
5 | Plaintiff, Scott E. Steele

6

7 | Dated: April 17, 2007          Kiesewetter Wise Kaplan Prather, PLC

8

9 | By: ___/s/_____
  | SYLVIA ADAMS, Attorneys for Defendant
10 | Ducks Unlimited

11 | **ORDER**

12 | Pursuant to the foregoing stipulation, IT IS ORDERED that the initial expert witness

13 | disclosures shall be continued to July 27, 2007 and the rebuttal expert disclosures be

14 | continued to August 27, 2007.[1]

15 | Dated: May 1, 2007

16

17 | _____
  | GARLAND E. BURRELL, JR.
18 | United States District Judge

---

[1] Since the parties stipulate to this modification, and the modification can be made in a manner that will not adversely affect the Court's docket, the good cause issue is not reached.

STIPULATION TO ORDER                    -2-