IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT E. STEELE,                    )
                                    )    2:06-cv-2098-GEB-EFB
                Plaintiff,          )
                                    )
     v.                             )    ORDER
                                    )
DUCKS UNLIMITED, INC.,              )
                                    )
                Defendant.          )
_____)
```

Plaintiff's attorney's motion to withdraw as attorney is granted. Therefore, attorney Randal M. Barnum and the Law Offices of Randal M. Barnum are relieved as counsel for Plaintiff Scott E. Steele. Plaintiff is representing himself in propria persona and may be served and contacted as follows:

Scott E. Steele
9274 Dever Circle
Elk Grove, CA 95624
(916) 686-1982

1

1 | Plaintiff is required to give notice, in writing, to all parties and
2 | to the Court of any change in his contact information.  The Clerk of
3 | the Court is directed to serve this Order on Plaintiff.
4 |
5 | IT IS SO ORDERED.
6 | Dated:  June 25, 2007
7 |
8 | _____
  | GARLAND E. BURRELL, JR.
9 | United States District Judge