IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEELE, ) | |
| ) | 2:06-cv-2098-GEB-EFB |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| DUCKS UNLIMITED, INC., ) | |
| ) | |
| Defendant. ) | |

This action is referenced to the assigned magistrate judge under Local Rule 72-302(c)(21).

Dated: June 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1