IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT E. STEELE,

    Plaintiff,                    No. CIV S-06-2098 GEB EFB PS

    vs.

DUCKS UNLIMITED, INC.,             <u>ORDER</u>

    Defendant.

_____/

    This case was referred to the undersigned by the district judge on June 29, 2007, as plaintiff is now proceeding *in propria persona*. *See* Local Rule 72-302(c)(21); 28 U.S.C. § 636(b)(1). This order confirms the dates set by the district judge's December 11, 2006, scheduling order.

    SO ORDERED.

DATED: July 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE